**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| RONALD LAMONT SUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-106 HEA |
| | ) | |
| DUNKLIN COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's post-appeal motion to compel. The Court has reviewed plaintiff's motion and been unable to determine the relief requested by plaintiff in his motion. For this reason, the Court must deny any requested relief.

All previous Orders of this Court remain in full force and effect. Additionally, plaintiff may not file any further motions with the Court as the case is closed and the matter has already been appealed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [Doc. #36] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional motions filed by plaintiff in this closed action. If plaintiff files an additional motion the Clerk shall return the motion to plaintiff.

Dated this 20th day of October, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE